AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| J.K. Scanlan Company, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   11cv05563 (VB) |
| P. Sala & Sons Construction, Inc. and Joseph Sala | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

J.K. Scanlan Company, Inc.

Date:     10/25/2011

*Attorney's signature*

Michael J. Connolly (MC6871)
*Printed name and bar number*

Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA   02109-1775

*Address*

mconnolly@haslaw.com
*E-mail address*

(617) 378-4118
*Telephone number*

(617) 345-9020
*FAX number*